```
                FILED
       CLERK U.S. DISTRICT COURT

            FEB 2 9 2008

       CENTRAL DISTRICT OF CALIFORNIA
       BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BAILEY, <br><br> Plaintiff, <br><br> v. <br><br> D.D. COX, et al., <br><br> Defendants. | Case No. CV 05-0225 SJO(JC) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files of this case, including the attached Report and Recommendation of the United States Magistrate Judge ("Report and Recommendation") and Plaintiff's Statement of Objection to Report and Recommendation ("Plaintiff's Objections"). After conducting a de novo review, this Court overrules Plaintiff's Objections and concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge.[1]

---

[1] Plaintiff asserts, inter alia, that the Report and Recommendation "raises theories that was [sic] not presented by the defendants. . ." (Plaintiff's Objections at 1, 3). As noted above, this Court overrules such objection. First, plaintiff fails to specify or to point to any such theories not

1

1   IT IS HEREBY ORDERED that: (1) defendants' Motion for Summary
2   Judgment is granted; and (2) Judgment be entered in favor of defendants.
3   IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
4   the Judgment in this matter by United States mail on Plaintiff and on Defendants'
5   counsel.
6   IT IS SO ORDERED.

8   DATED: 2/25/08

            _____
            HONORABLE S. JAMES OTERO
            UNITED STATES DISTRICT JUDGE

---

presented by the defendants, let alone any such theories upon which the Magistrate Judge predicated the recommendation to grant summary judgment. Second, this Court notes that the Report and Recommendation recommends that (i) summary judgment be granted in favor of defendants Isaac, Yarborough and Scribner based on plaintiff's failure to raise a genuine issue of fact as to whether these defendants proximately caused plaintiff to suffer any constitutional violation; and (ii) summary judgment be granted in favor of defendant Cox based upon qualified immunity. Defendants' Motion for Summary Judgment argues such theories. (Defendants' Motion for Summary Judgment at 18-23).