JS-6

FILED
CLERK U.S. DISTRICT COURT

FEB 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BAILEY, | Case No. CV 05-0225 SJO(JC) |
| Plaintiff, | JUDGMENT |
| v. | |
| D.D. COX, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that judgment in this action is entered for defendants.

IT IS SO ORDERED.

DATED: 2/29/08

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE